**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 2 3 2019 ★

BROOKLYN OFFICE

DANIEL ABRAHAMOV, on behalf of himself
and all others similarly situated,

                 Plaintiffs,

         -against-

PORTFOLIO RECOVERY ASSOCIATES, LLC
         Defendant.

Case No. 1:18-cv-05291-ARR-RML

**NOTICE OF VOLUNTARY**
**DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
         January 17, 2019

                    Respectfully submitted,

                    By: /s/ Daniel Cohen
                    Daniel Cohen, Esq.
                    Cohen & Mizrahi LLP
                    300 Cadman Plaza W, 12th floor
                    Brooklyn, New York 11201
                    Phone: (929) 575-4175
                    Fax:   (929) 575-4195
                    Email: Dan@cml.legal
                    *Attorneys for Plaintiff*

So ordered. /s/(ARR)  U.S.D.J.